The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

July 16, 2020

**Via ECF**
Hon. Sandra J. Feuerstein
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    Watterson v. RUI Management Service
               20-cv-01783 (SJF) (AKT)

Dear Judge Feuerstein:

      This office represents Plaintiff in the above captioned matter. I apologize for having to correct my opposition to Defendants' motion to bifurcate discovery (dkt 17) on two separate occasions. Please disregard dkt 21 and 22.

      On behalf of my client, I thank the Court very much for its patience.

                                                                 Respectfully,

                                                                 */s Jacob Aronauer*
                                                                 Jacob Aronauer

**Via ECF**
*All attorneys on record*