**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC WATTERSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v..<br>RUI MANAGEMENT SERVICES, INC., and EVAN REITER, individually,<br><br>Defendants. | Case No. 2:20-cv-01783<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff accepts and provides notice that they have accepted Defendants' offer of Judgment dated February 1, 2023 and annexed hereto.

Dated:   February 1, 2023
         New York, New York

                                        Respectfully submitted,

                                        By: /Jacob Aronauer/
                                            Jacob Aronauer
                                            *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ERIC WATTERSON, on behalf of himself
and all others similarly situated,

                            Plaintiff,

-against-

RUI MANAGEMENT SERVICES, INC. and
EVAN REITER, individually,

                            Defendants.

Civil Action No.: 20-cv-01783

**OFFER OF JUDGMENT TO
ERIC WATTERSON
PURSUANT TO RULE 68
OF THE FEDERAL RULES
OF CIVIL PROCEDURE**

------------------------------------------------------------X

To:    Plaintiff Eric Watterson and his attorneys, Jacob Aronauer, The Law Offices of Jacob Aronauer, 225 Broadway, Suite 307, New York, New York 10007; Yale Pollack, Law Offices of Yale Pollack, P.C., 66 Split Rock Road 11791, Syosset, NY 11779:

Defendants RUI Management Services, Inc. and Evan Reiter (collectively "Defendants") offer to allow judgment to be entered against them by Plaintiff Eric Watterson ("Plaintiff") in the above-captioned action in the sum of Twenty Five Thousand Dollars and No Cents ($25,000.00), payable to Plaintiff Eric Watterson, and One Hundred Five Thousand Dollars and No Cents ($105,000.00), payable to counsel for Plaintiff.

This offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 14 days of the date that it was served on you.

This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendants are liable in this action to you individually, or to any other Plaintiff or putative member of any collective or class, or that you have suffered any damage. Acceptance of the offer shall effect a dismissal with prejudice of each and every claim as set forth in the Complaint in their entirety, as well as a release of any federal or state law

wage claims arising out of your employment with Defendants, including but not limited to, any claims for unpaid wages, overtime, interest, and penalties. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against Defendants. Acceptance of the offer shall effect a dismissal with prejudice of your claims with respect to any alleged acts occurring before the effective date of this offer. Acceptance of the offer shall effect a dismissal with prejudice against the Defendants in this action, as well as Defendant's successors or assigns and any past and present employees, representatives and agents of Defendants.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against Defendants of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this offer is not accepted and the judgment is not more favorable than the unaccepted offer, you will be responsible for costs incurred by you and costs incurred by the Defendants after the date of this offer.

Dated: New York, New York
      February 1, 2023

Respectfully submitted,

*ATTORNEYS FOR DEFENDANTS*
*RUI MANAGEMENT SERVICES, INC. and*
*EVAN REITER*

By: _____
     BRENDAN SWEENEY

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, a copy of the foregoing Offer of Judgment to Named Plaintiff Eric Watterson was served by email to counsel of record for the above-referenced Plaintiff as follows:

JACOB ARONAUER
THE LAW OFFICES OF JACOB ARONAUER
225 Broadway, Suite 307
New York, New York 10007

Yale Pollack
Law Offices of Yale Pollack, P.C.
66 Split Rock Road 11791, Syosset, NY 11779

BRENDAN SWEENEY