UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERIC WATTERSON, on behalf of himself
and all others similarly situated,

                      Plaintiffs,               JUDGMENT

   v.                                   20-cv-01783-NRM-JMW


RUI MANAGEMENT SERVICES, INC.
AND EVAN REITER, individually,

                      Defendants.
----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 1, 2023; and Defendants, RUI Management Services, Inc. and Evan Reiter, having offered to allow entry of judgment to be taken against them on all claims of plaintiff Eric Watterson, in the sum of Twenty Five Thousand Dollars and No Cents ($25,000.00), payable to Plaintiff Eric Watterson, and One Hundred Five Thousand Dollars and No Cents ($105,000.00), payable to counsel for Plaintiff; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Eric Watterson and against Defendants, RUI Management Services, Inc. and Evan Reiter in the sum of Twenty Five Thousand Dollars and No Cents ($25,000.00), payable to Plaintiff Eric Watterson, and One Hundred Five Thousand Dollars and No Cents ($105,000.00), payable to counsel for Plaintiff.

Dated: Brooklyn, New York                            Brenna B. Mahoney
      February 6, 2023                         Clerk of Court

                                  By:    */s/Jalitza Poveda*
                                       Deputy Clerk